■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS MIRANDA, Appellant. [38 NYS3d 793]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered January 31, 2014, convicting defendant, after a jury trial, of two counts of criminal contempt in the second degree, and sentencing him to a conditional discharge for a period of one year, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. Among other things, the victim's testimony was generally corroborated by a videotape, and defendant's arguments to the contrary are unavailing. Concur—Mazzarelli, J.P., Sweeny, Acosta, Moskowitz and Gesmer, JJ.